**NOT FOR PUBLICATION**

FILED

NOV 19 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-10197 |
| Plaintiff - Appellee, | D.C. No. 2:11-cr-00081-KJD |
| v. | |
| CHARLES MOORE, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Nevada
Kent J. Dawson, District Judge, Presiding

Submitted November 13, 2012[**]

Before:    CANBY, TROTT, and W. FLETCHER, Circuit Judges.

Charles Moore appeals from the 21-month sentence imposed following the

revocation of his supervised release. We have jurisdiction under 28 U.S.C. § 1291,

and we affirm.

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

Moore contends that the district court erred by basing its sentencing decision on the seriousness of his underlying offense. The record shows that the district court took proper account of the seriousness of Moore's conduct and did not impose sentence primarily on this basis. *See United States v. Simtob*, 485 F.3d 1058, 1062-63 (9th Cir. 2007). Moreover, in light of the totality of the circumstances and the 18 U.S.C. § 3583(e) sentencing factors, the sentence is substantively reasonable. *See United States v. Carty*, 520 F.3d 984, 993 (9th Cir. 2008) (en banc).

**AFFIRMED.**